IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES KELVIN JOHNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:21-cv-140-ECM |
| | ) (WO) |
| SHARONDA M. PETTAWAY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On February 8, 2022, the Magistrate Judge entered a Recommendation (doc. 21) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the Defendants' motion to dismiss (Doc. 17) is GRANTED, and this case is DISMISSED without prejudice.

A separate Final Judgment will be entered.

DONE this 24th day of February, 2022.

    /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE